UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROBIN A. LYNN,<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 18-11230 (MEW) |
| ROBIN A. LYNN,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　Defendant. | Adv. Proc. No. 18-1874 (MEW) |

**Fourth Revised Scheduling Order**

　　　　This Scheduling Order is entered by the Court pursuant to Fed. R. Bankr. P. 7016 and 7026.

　　　　1.　　Defendant filed its answer on February 7, 2019.

　　　　2.　　The parties agree that no amendment of pleadings or joinder of additional parties is necessary.

　　　　3.　　Defendant served its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on March 18, 2019; Plaintiff served her initial disclosures on March 25, 2019.

　　　　4.　　Unless extended by the Court for cause shown, all discovery shall be completed by **February 14, 2020**.

5. The parties are to conduct discovery in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York.

6. In the event of a dispute over discovery, the parties' counsel shall promptly confer to attempt in good faith to resolve the dispute. If, notwithstanding their good faith efforts to do so, they are unable to resolve a discovery issue, they shall promptly inform the Court by letter of the nature of the dispute and request a telephonic discovery conference. The Court will endeavor to resolve the dispute without the filing of any discovery motions.

7. The Court will hold a pretrial conference on January 14, 2020 at 10:00 a.m. at which a further schedule will be set.

Dated: New York, New York
      January 2, 2020

                                        /s/ **Michael E. Wiles**
                                        HON. MICHAEL E. WILES
                                        UNITED STATES BANKRUPTCY JUDGE